UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES SECURITIES AND ) <br> EXCHANGE COMMISSION, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRUDY GILMOND, OLIVE GILMOND, ) <br> and KELLIE KING, ) <br> Defendants. ) | Civil No. 5:19-cv-170 |

**STIPULATED MOTION TO STAY DEADLINES**

Plaintiff United States Securities and Exchange Commission ("SEC") and Defendants Trudy Gilmond and Olive Gilmond jointly stipulate and move to stay all pending deadlines in this matter until July 6, 2020. On May 6, 2020, following a remote Early Neutral Evaluation ("ENE") with the assistance of Michael Marks, Esq., the Parties reached a proposed resolution of the issues in this litigation. The resolution, however, includes several contingencies before a Motion to Dismiss the action can be submitted to the Court. On or before July 6, 2020, the SEC will provide an update to the Court on the status of the Parties' efforts to complete the contingencies required to bring this case to a close.

WHEREFORE, the parties jointly request that the Court stay all deadlines until July 6, 2020.

Dated May 11, 2020

                    **UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

By:   *s/Michael J. Roessner*
       Michael J. Roessner
       Assistant Chief Litigation Counsel
       Division of Enforcement
       United States SEC
       100 F Street, NE
       Mail Stop 5631
       Washington, DC 20549-0022
       RoessnerM@SEC.gov


                    **OLIVE GILMOND**

By:   *s/Alexandrea L. Nelson*
       Ian P. Carleton, Esq.
       Alexandrea L. Nelson, Esq.
       SHEEHEY FURLONG & BEHM P.C.
       30 Main Street, 6th Floor
       P.O. Box 66
       Burlington, VT   05402-0066
       (802) 864-9891
       icarleton@sheeheyvt.com
       anelson@sheeheyvt.com


                    **TRUDY GILMOND**

By:   *s/Claudine C. Safar*
       Claudine C. Safar, Esq.
       James F. Conway, III, Esq.
       Monahan Safar Ducham PLLC
       156 Battery Street
       Burlington, VT 05401
       csafar@msdvt.com
       jconway@msdvt.com