UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,   )<br>)<br>  Plaintiff,   )<br>)<br>v   )<br>)<br>TRUDY GILMOND, OLIVE GILMOND and KELLIE KING,   )<br>)<br>  Defendants.   ) | Case No. 5:19-cv-170 |

**STIPULATED ORDER STAYING DEADLINES**

Before the Court is the parties' Joint Motion to Stay Deadlines in this case as they attempt to finalize a resolution reached during an Early Neutral Evaluation on May 6, 2020. The Court finds good cause to grant the motion. Accordingly, IT IS HEREBY ORDERED:

1. The parties' Joint Motion to Stay Deadlines in this matter is GRANTED.

2. This case is STAYED until July 6, 2020.

3. The SEC shall notify the Court on or before July 6, 2020 regarding the status of the proposed settlement.

Dated at Burlington, in the District of Vermont, this 12th day of May, 2020.

/s/ Geoffrey W. Crawford
Chief Judge
United States District Court