UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TRUDY GILMOND, OLIVE GILMOND and KELLIE KING,<br><br>Defendants. | Case No. 5:19-cv-170 |

## ORDER

Before the Court is the parties' Joint Motion to Extend Stay of Case Deadlines in this matter from August 6, 2020 to October 6, 2020, as they attempt to finalize a resolution reached during an Early Neutral Evaluation on May 6, 2020. The Court finds good cause to grant the motion.

Accordingly, IT IS HEREBY ORDERED:

1. The parties' Joint Motion to Extend Stay of Case Deadlines is GRANTED.

2. This case is STAYED until October 6, 2020.

3. The SEC shall notify the Court on or before October 6, 2020 regarding the status of the proposed settlement.

SO ORDERED.

Dated at Rutland, in the District of Vermont, this 22nd day of July, 2020.

Geoffrey W. Crawford, Chief Judge
United States District Court