UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, :<br>:<br>Plaintiff,           :<br>v.                         :<br>:<br>TRUDY GILMOND, OLIVE GILMOND, and KELLIE KING, :<br>:<br>Defendants.      : | Civil No.: 5:19-cv-170 |

## STATUS REPORT

The United States Securities and Exchange Commission ("Commission") provides the following to advise the Court on the status of the settlement in this matter:

On December 7, 2020, the Court granted the parties' request to extend the stay in this matter until January 7, 2020, as the parties attempted to finalize a resolution reached during an Early Neutral Evaluation on May 6, 2020. (Dkt. No. 56).  Defendants' Counsel advised the Commission that the defendants would be able to complete the last settlement contingency on January 12, 2021.  The Commission has provided payment instructions to Defendants' Counsel.  The Commission intends to file a Stipulation to Dismiss this action with prejudice, as soon as the Commission confirms the receipt of the agreed upon settlement amount.

Dated: January 6, 2021
       Washington, D.C.

                         Respectfully submitted,

                         <u>s/Michael J. Roessner</u>
                         Michael J. Roessner
                         Attorney for Plaintiff
                         United States Securities and Exchange Commission
                         100 F Street, N.E., Mail Stop 5631
                         Washington, D.C. 20549
                         (202) 551-4347 (Phone)
                         (703) 813-9366 (Fax)