UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br>    v.<br><br>TRUDY GILMOND, OLIVE GILMOND, and KELLIE KING,<br><br>        Defendants. | :<br>:<br>:<br>:   Civil No.: 5:19-cv-170<br>:<br>:<br>:<br>:<br>:<br>: |

**STIPULATED MOTION TO DISMISS ACTION WITH PREJUDICE**

Plaintiff United States Securities and Exchange Commission ("SEC" or the "Commission") and Trudy Gilmond and Olive Gilmond (collectively referred to as the "Defendants") request that the Court enter the attached Order filed under Federal Rule of Civil Procedure 41(a)(1)(ii) dismissing this action with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

WHEREFORE, the parties jointly request that the Court enter the attached Order dismissing this matter with prejudice.

Dated: January 13, 2021
       Washington, D.C.

                                            Respectfully submitted,

                                            s/Michael J. Roessner
                                            Michael J. Roessner
                                            Attorney for Plaintiff
                                            United States Securities and Exchange Commission
                                            100 F Street, N.E., Mail Stop 5631
                                            Washington, D.C. 20549
                                            (202) 551-4347 (Phone)
                                            (703) 813-9366 (Fax)