UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : | Civil No.:  5:19-cv-170 |
| v. | : : | |
| TRUDY GILMOND, OLIVE GILMOND, and KELLIE KING, | : : : | |
| Defendants. | : : | |

**STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff, the United States Securities and Exchange Commission ("SEC" or "Commission"), and defendants Trudy Gilmond and Olive Gilmond ("collectively referred to as the "Defendants") HEREBY STIPULATE AND AGREE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii):

1. That this action be dismissed with prejudice as to all claims, causes of action, and parties; and

2. That each party bearing that party's own attorney's fees and costs.

Dated: January 13, 2021
        Washington, D.C.

 

                                 **UNITED STATES SECURITIES
                                 AND EXCHANGE COMMISSION**

                   By:     <u>s/Michael J. Roessner</u>
                           Michael J. Roessner
                           Assistant Chief Litigation Counsel
                           Division of Enforcement
                           United States SEC
                           100 F Street, NE

Mail Stop 5631
Washington, DC 20549-0022
RoessnerM@SEC.gov

**OLIVE GILMOND**

By: *s/Alexandrea L. Nelson*
Ian P. Carleton, Esq.
Alexandrea L. Nelson, Esq.
SHEEHEY FURLONG & BEHM P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT  05402-0066
(802) 864-9891
icarleton@sheeheyvt.com
anelson@sheeheyvt.com

**TRUDY GILMOND**

By: *s/Claudine C. Safar*
Claudine C. Safar, Esq.
James F. Conway, III, Esq.
Monahan Safar Ducham PLLC
156 Battery Street
Burlington, VT 05401
csafar@msdvt.com
jconway@msdvt.com

2